PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Sohail Chaudhry            Docket No. 06-771

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Jonathan Muller** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Sohail Chaudhry**, who was placed under pretrial release supervision by the **Honorable Susan D. Wigenton** sitting in the Court at Newark, on January 6, 2006, on a $50,000 collateral bond with the following special conditions: house arrest with electronic monitoring; travel restricted to New Jersey and Pennsylvania; no contact with minors outside the presence of another adult who is aware of the present charges; no internet access at home and as approved by Pretrial Services for work purposes; Pretrial Services supervision; must surrender passport and to not apply for any travel documents. These conditions have been modified on numerous occasion via Court Order.

On January 23, 2007, Judge Shwartz modified bail as follows: the defendant's brother and sister-in-law, Maqsood and Uzma Chaudhry, posted their property located at 8545 Midpark Road, Unit #10, Dallas, Texas (worth approximately $63,000 unencumbered); the defendant is allowed out of his residence for religious purposes on Fridays; additional absences are otherwise approved by Pretrial Services.

On May 22, 2007, Pretrial Services added a GPS component to the defendant's house arrest with electronic monitoring condition.

The defendant is presently pending trial before Your Honor on June 4, 2007.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **a bail review hearing be scheduled.**

ORDER OF COURT

Considered and ordered this 24th day of May, 2007 and ordered filed and made a part of the records in the above case.

_____
Honorable Faith S. Hochberg
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on MAY 24", 2007

_____
Jonathan Muller
United States Pretrial Services Officer