## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>SOHAIL CHAUDHRY<br>Defendant. | :<br>:<br>:<br>:   Mag No.: 06-771-(FSH)<br>:<br>:   Hon. Faith S. Hochberg, U.S.D.J.<br>:<br>:       ORDER<br>:<br>: |

THIS MATTER having been opened to the court by Iacullo Martino, L.L.C, by and through Anthony J. Iacullo, Esq., attorney for defendant, Sohail Chaudhry, and on notice to and with the consent of the United States Attorney's Office by and through, Jenny Kramer-Hall, Assistant United States Attorney, and the parties having agreed to the entry of this Order;

IT IS ON THIS 27th DAY OF _May_ , 2009

ORDERED that any lien placed on the property located at **150 Jefferson Street, Bala Cynwyd, Pennsylvania, Owned by Sohail Chaudhry,** to secure his pre-trial release is hereby vacated in light of sentence being imposed; and it is further

ORDERED that this order be served upon all parties within _5_ days of the date hereof.

_____
HON. FAITH S. HOCHBERG, U.S.D.J.